682 A.2d 773

**Honorable Edward J. BRADLEY, President Judge (Philadelphia County), et al., Appellants,**

**and**

**Honorable W. Wilson Goode, et al., Intervenors,**

**v.**

**Honorable Robert P. CASEY, Governor of the Commonwealth of Pennsylvania, et al.**

**Honorable Edward J. BRADLEY, President Judge (Philadelphia County), et al.,**

**and**

**Honorable W. Wilson Goode, et al., Appellants,**

**v.**

**Honorable Robert P. CASEY, Governor of the Commonwealth of Pennsylvania, et al.**

Supreme Court of Pennsylvania.

Dec. 1, 1988. ■

Arlin M. Adams, Carl A. Solano, Charles P. Hehmeyer, Schnader, Harrison, Segal & Lewis, Philadelphia, for Honorable Edward J. Bradley in Nos. 119 & 122.

Richard J. Gold, 1st Deputy City Solicitor, Philadelphia, for Honorable W. Wilson Goode in No. 119.

Robert C. Heim, Dechert, Price & Rhoads, Philadelphia, for Amicus Curiae Pennsylvania State Association of County Com'n.

Gregory R. Neuhasuer, Senior Deputy Attorney General, Harrisburg, Andrew H. Cline, Office of the General Counsel, Harrisburg, for Hon. Casey & Hon. Hershock in Nos. 119 & 122.

C. Clark Hodgson, Jr., Stradley, Ronon, Stevens & Young, Philadelphia, for Hon. Singel, Irvis & General Assebly in Nos. 119 & 122.

Calvin R. Koons, Office of Attorney General, Harrisburg, for Comm. of Pa. in Nos. 119 & 122.

Seymour Kurland, Richard J. Gold, City Solicitor's Office, Philadelphia, for W. Wilson Goode, et al. in No. 122.

Edmund B. Spaeth, Jr., David Castro, Pepper, Hamilton & Scheetz, Philadelphia, G. Thomas Miller, McNeese, Wallace & Nurick, Harrisburg, J. Frank McKenna, III, Thorp, Reed & Armstrong, Pittsburgh, for Amicus Curiae Pennsylvanian for Modern Courts.

Robert L. Knupp, Esquire, Knupp & Kodak, P.C., Harrisburg, Solicitor for Pennsylvania State Association of County Commissioners.

Morey M. Myers, General Counsel, Andrew H. Cline, Timothy D. Searchinger, Deputy General Counsel, Office of General Counsel, Harrisburg, for Governor Casey & Hershock, Secty. of the Budget.

Appeal Nos. 119 & 122 E.D., Appeal Docket 1988 from Order of Commonwealth Court, No. 1573 C.D.1988. John A. MacPhail, J.

## ORDER:

PER CURIAM.

AND NOW, this 1st day of December, 1988, the order of the Commonwealth Court, dated September 19, 1988, at No. 1832

C.D.1988 is hereby affirmed and the City of Philadelphia is directed to immediately appropriate the reasonable and necessary funding to the Philadelphia Court System, since the mandate of *County of Allegheny v. Commonwealth,* 517 Pa. 65, 534 A.2d 760 (1987), upon which the City relies, did not relieve the City of Philadelphia of its obligation to fund the Philadelphia Court System during the fiscal year 1988–89.